UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA  :
: NO. 3:09-CR-261
-vs-  :
:
JOSEPH FILIPPONE,  :
                    Defendant  :

## INDICTMENT

FILED
SCRANTON
AUG 25 2009
PER _____ DEPUTY CLERK

THE GRAND JURY CHARGES:

### Count 1

On or about May 4, 2009, in Wayne County, within the Middle District of Pennsylvania, the defendant,

JOSEPH FILIPPONE,

at a place within the territorial jurisdiction of the United States, namely the United States Penitentiary at Canaan, Pennsylvania, on land acquired for the use of the United States and under its concurrent jurisdiction, did intentionally assault another person with a dangerous weapon, with the intent to do bodily harm and without just cause or excuse.

In violation of Title 18, United States Code, Section 7(3) and 113(a).

THE GRAND JURY FURTHER CHARGES:

### Count 2

On or about May 4, 2009, in Wayne County, within the Middle District of Pennsylvania, the defendant,

JOSEPH FILIPPONE,

an inmate of the United States Penitentiary at Canaan, Pennsylvania, knowingly possessed a prohibited object, that is, an object designed and intended to be used as a weapon, that is, a weapon commonly known as a "shiv" or "shank" with an approximate length of seven inches, which was contrary to rules established by the Bureau of Prisons.

In violation of Title 18, United States Code, Section 1791(a)(2).

**A TRUE BILL:**

DATE  August 25, 2009

DENNIS C. PFANNENSCHMIDT
United States Attorney